# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| IEESHA MARTHA IRVING,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>                Defendant. | CASE NO. 3:20-cv-05734-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 3. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's *in forma pauperis* application is **DENIED**;

(3)    Plaintiff's complaint is dismissed without prejudice; and

(4)    The Clerk shall enter JUDGMENT and close this case.

Dated this 31st day of August, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1